80 P.3d 1019

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Kelly | 25198, 25199 | 11/07/2003 | Vacated and remanded |
| Kiehm v. Adams | 25411 | 11/13/2003 | Affirmed |
| State v. Dickson | 25466 | 11/14/2003 | Affirmed |
| Levy v. Levy | 24882 | 11/19/2003 | Vacated and remanded |

| | | | | |
|---|---|---|---|---|
| Dai-Tokyo Royal State Ins. Co., Ltd. v. Yokote | 24799 | 11/10/2003 | Denied | 103 Hawai'i 181, 80 P.3d 1002 |